# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### October 29, 2013

Crump, Bradley Shea v. Turner (S061687). Order issued directing plaintiff to be placed in mental health facility to receive treatment or released.

## BALLOT TITLE CERTIFIED

### November 7, 2013

Harmon v. Rosenblum (S061586). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 18 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.